IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YENNY LORA, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NHS, INC., et al. | : | No. 12-2357 |
| Defendants. | : | |

## ORDER

AND NOW, this 22nd day of May, 2014, upon consideration of Defendants' Motion for Sanctions (Doc. 84), Plaintiffs' Response and Cross-Motion for Sanctions (Doc. 90), and Defendants' Response (Doc. 91), and to implement the findings set out in this court's Memorandum Order, this same day, IT IS ORDERED that:

1) Defendants' Motion for Sanctions (Doc. 84) is GRANTED.

   a) Default judgment is entered on behalf of all Defendants against Plaintiffs on all counts of the Complaint and/or Amended Complaint; and

   b) Plaintiffs' counsel, Attorney Raul Jauregui, shall pay defendants the sum of $2,500 as a reasonable attorney fee and cost for the filing of defendants' motion for sanctions.  Further, based on default judgment, defendants are authorized to request the Clerk of the Court enter costs against plaintiffs pursuant to Local Rule 54.1.

2) Plaintiffs' Cross-Motion for Sanctions (Doc. 90) is DENIED.

BY THE COURT:

 s/ LINDA K. CARACAPPA _____
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE